UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHINA O. PERRY,

                            Plaintiff,

       - against -

NEW YORK CITY HOUSING AUTHORITY,
LEQUANDA NIXON, LARRY CHAMPAGNE,
and COREY SMITH

                          Defendants.
------------------------------------------------------------X

25-CV-4418 (AT) (RWL)

**ORDER OF SERVICE**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     To allow Plaintiff, proceeding pro se and in forma pauperis, to effect service on Defendants New York City Housing Authority, Lequanda Nixon, Larry Champagne, and Corey Smith through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process receipt and Return Form (USM-285 form) for each of those Defendants at the addresses listed in the Complaint:

    New York City Housing Authority
    90 Church Street
    New York, NY 10007

    Lequanda Nixon
    90 Church Street
    New York, NY 10007

    Larry Champagne
    90 Church Street
    New York, NY 10007

    Corey Smith
    90 Church Street
    New York, NY 10007

     The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service

1

upon those Defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if her address changes; the Court may dismiss the action if she fails to do so.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 9, 2025
       New York, New York

Copies transmitted this date to all parties.