```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHINA O. PERRY,                                             :
                                                            :
                              Plaintiff,                    :    25-CV-4418 (AT) (RWL)
                                                            :
        - against -                                         :
                                                            :    **ORDER**
NEW YORK CITY HOUSING AUTHORITY,                            :
ET AL.,                                                     :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

An initial case management conference has been scheduled for October 28, 2025. On October 3, 2025, Defendants filed a letter requesting a stay of discovery pending determination of their motion to dismiss (Plaintiff's opposition to which is currently due **October 24, 2025**). (See Dkt. 21.) If Plaintiff wishes to respond to Defendants' request for a stay, she shall do so by **October 14, 2025**. The Court will address the request for a stay of discovery at the conference on October 28. The parties need not submit a proposed case management plan in advance of the conference.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 6, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1