UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHINA O. PERRY,                                   :
                                                  :
                              Plaintiff,          :        25-CV-4418 (AT) (RWL)
                                                  :
             - against -                          :
                                                  :        **ORDER**
NEW YORK CITY HOUSING AUTHORITY,                  :
ET AL.,                                           :
                                                  :
                              Defendants.         :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at the initial case management conference held via Microsoft Teams on October 28, 2025, discovery is stayed pending the Court's determination on Defendant's motion to dismiss.  Defendant's reply to the motion to dismiss shall be filed by **November 11, 2025**.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2025
      New York, New York

Copies transmitted this date to all counsel of record.

1