UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHINA O. PERRY,
Plaintiff,

v.

NEW YORK CITY HOUSING AUTHORITY,
LEQUANDA NIXON, LARRY CHAMPAGNE,
and COREY SMITH,
Defendants.

Case No. 25-cv-04418 (AT) (RWL)

> The requested extension is denied as moot. Plaintiff already filed her opposition to the motion to dismiss. See Dkt. 28.
>
> SO ORDERED:
>
> 11/3/2025
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

# PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Dear Judge Lehrburger,

I, **China O. Perry**, respectfully submit this motion requesting a short extension of time to refile my **Opposition to Defendants' Motion to Dismiss.**

## BACKGROUND

1. I am representing myself *pro se* in this matter.

2. On [09/28/2025], Defendants filed a **Motion to Dismiss**.

3. I originally believed that the Court's scheduling order and the upcoming conference date would allow me additional time to complete my response. I now understand that the Court's Order of October 28, 2025, stayed discovery and directed Defendants to file their reply by November 11, 2025. I respectfully misunderstood whether I was also permitted time to amend or extend my own Opposition in light of that schedule.

4. I am not attempting to delay this matter. I am only asking for a short extension of **five (5) days, until November 3, 2025**, to ensure that my Opposition is complete and accurate before submission.

5. I have been acting in good faith and working diligently to finalize my filings. However, I recently had to **relocate to a hotel due to lead contamination in my apartment**, which disrupted my ability to access my documents and devices. I have since resolved those issues and am prepared to finalize my Opposition within the next few days.

## GOOD CAUSE EXISTS FOR A BRIEF EXTENSION

Under **Federal Rule of Civil Procedure 6(b)(1)(B)**, the Court may extend a filing deadline for good cause if the party's failure to act was the result of excusable neglect.

Here, I misunderstood the scope of the Court's order and believed I would be permitted to supplement or amend my Opposition. I did not intentionally miss a deadline or disregard Court rules. My recent relocation and technical barriers contributed to the delay, but those issues have been resolved.

I have worked diligently to prepare my filings, and I am only seeking a brief five-day extension to ensure that my Opposition accurately addresses the issues in Defendants' motion.

## REQUEST

For the reasons stated above, I respectfully request that the Court:

1. Grant me an extension of **five (5) days, until November 3, 2025**, to file my Opposition to Defendants' Motion to Dismiss; and

2. Accept my forthcoming Opposition as timely filed **nunc pro tunc**, if necessary.

## CONCLUSION

I sincerely apologize for any misunderstanding or inconvenience to the Court and Defendants. I have acted in good faith and am prepared to file my Opposition promptly within the short extension requested.

Thank you for the Court's time and consideration.

**Respectfully submitted,**

**China O. Perry**
Plaintiff, *Pro Se*
160 W. 174th Street, Apt. 10D
Bronx, NY 10453
(917) 374-6912
chinaperry98@gmail.com

Dated: 10/30/ 2025