UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CHINA O. PERRY,

Plaintiff,

- against -

NEW YORK CITY HOUSING AUTHORITY, LEQUANDA NIXON, LARRY CHAMPAGNE and COREY SMITH,

Defendants.

---------------------------------------------------------------X

25-CV-4418 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 5, 2026, Defendants filed a motion to dismiss the Amended Complaint. Plaintiff shall file her opposition by **November 4, 2026**, and Defendants shall file their reply, if any, by **November 18, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 6, 2026
New York, New York

Copies transmitted this date to all parties of record.